UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA    )
                            )
        Plaintiff,          )        NO:  4:24-CR-06011-MKD
                            )
                            )
            v.              )        WRIT OF HABEAS CORPUS
                            )        AD PROSEQUENDUM
DAVID MENDOZA AYALA,        )
                            )
        Defendant.          )

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO:  Superintendent, Benton County Jail, Kennewick, Washington and to any United States Marshal.

G R E E T I N G S

WE COMMAND that you have and produce the body of DAVID MENDOZA AYALA, Subject # 378261 currently in your custody, before the United States Magistrate Court, 825 Jadwin Avenue, Richland, Washington, on July 18, 2024 at 11:00 a.m. in order that said prisoner may then and there respond to and answer charges currently pending against him in the above-entitled case; and at the termination of said case to return him forthwith to the custody of said Superintendent.

WITNESS, the United States Magistrate Judge, Eastern District of Washington.

DATED this ___17th___ day of June 2024.

**Issued on**
2:48 pm, Jun 17, 2024

By: _____

SEAN MCAVOY, Clerk
United States District Court,
Eastern District of Washington

Writ                                    1