Brian A. Walker, WSBA #27391
Brian Walker Law Firm, P.C.
210 E. 22nd Street
Vancouver, WA 98663
(360) 695-8886
Brian@brianwalkerlawfirm.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | NO. 4:24-CR-06011-MKD |
|---|---|
| Plaintiff, | NOTICE OF FILING OF NON-SCANNABLE EXHIBIT |
| v. | |
| DAVID MENDOZA AYALA, | |
| Defendant. | |

TO: The Clerk of Court and all parties of record:

David Mendoza Ayala, by and through his attorney of record, Brian A. Walker, respectfully submits the following non-scannable exhibit, 2-2-2024 Surveillance Footage Clip. It is filed in support of the Defendant's Reply Brief re: Motion to Suppress.

DATED this 2nd day of June, 2025.

   /s/ Brian A. Walker
BRIAN A. WALKER, WSBA #27391
Attorney for Defendant

NOTICE OF FILING OF
NON-SCANNABLE EXHIBIT

Page 1 of 2

Brian Walker
LAW FIRM, PC

210 E 22nd Street
Vancouver, WA 98663
(360) 695-8886 Phone
(360) 695-1926 Fax

Certificate of Service

I, Gyovanna Espindola, hereby certify that on June 2nd, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Brandon L. Pang.

/s/ Gyovanna Espindola
Gyovanna Espindola, Legal Assistant

| NOTICE OF FILING OF NON-SCANNABLE EXHIBIT |  | 210 E 22nd Street Vancouver, WA 98663 (360) 695-8886 Phone (360) 695-1926 Fax |
|---|---|---|
| Page 2 of 2 | | |