MICHAEL VANDER SYS
FORTITUDE LAW PLLC
8350 W. GRANDRIDGE BLVD. STE.200
KENNEWICK, WA  99336
(509) 416-6041
mike@fortitudelawpllc.com
Attorney for Defendant
DAVID MENDOZA AYALA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,          ) | 4:24-CR-06011-MKD |
|                                    ) | |
| Plaintiff,          ) | DEFENDANT'S TRIAL BRIEF |
|                                    ) | Jury Trial: August 10, 2026, 8:30AM |
| vs.          ) | |
|                                    ) | |
| DAVID MENDOZA AYALA,          ) | |
| Defendant,          ) | |
|                                    ) | |

The Defendant, through his counsel of record, Michael Vander Sys, submits this trial memorandum to assist the Court with the pending cause of action. This matter is currently set for trial on August 10, 2026.

I.      CHARGE

Mr. Mendoza Ayala is currently charged with:

Count 1- Possession with Intent to Distribute 400 Grams or More of Fentanyl in violation of 21 U.S.C. §841(a)(1) and (b)(1)(A)(vi).

II.      ELEMENTS OF THE CHARGE

DEFENDANT'S PROPOSED VOIR DIRE
- 1-

The Defendant is charged in Count I of the Indictment with knowingly and intentionally distribute 400 grams or more of a substance containing a detectable amount of Fentanyl in violation of Section 841(a)(1) and (b)(1)(A)(iv) of Title 21 of the United States Code. For the Defendant to be found guilty of that charge, the Government must prove each of the following elements beyond a reasonable doubt:

First, on or about April 24, 2024, in the Eastern District of Washington, the Defendant knowingly possessed a mixture or substance containing fentanyl;

Second, Defendant possessed the fentanyl with the intent to distribute it to another person; and

Third, the mixture or substance containing fentanyl weighed 400 or more grams.

III.    POTENTIAL ADDITIONAL CHARGE

On April 3, 2026, the government gave written notice that Mr. Mendoza Ayala could plead guilty to the indictment as charged or a superseding indictment would be pursued.

Count 2 – Possession of Firearms in Furtherance of Drug Trafficking in violation of 18 U.S.C. §924(c).

For the Defendant to be found guilty of that charge, the Government must prove each of the following elements beyond a reasonable doubt:

First, the Defendant committed the crime of Possession with Intent to Distribute 400 Grams or More of Fentanyl;

Second, the Defendant knowingly possessed the firearm; and

Third, the Defendant possessed the firearm in furtherance of the crime.[1]

---

[1] As of the date of filing, the status of a superseding indictment is unknown.

DEFENDANT'S PROPOSED VOIR DIRE

- 2-

IV.    TIME ESTIMATE

It is expected that this matter should last approximately 1.5-2.5 days.

V.    STATUS OF THE CASE

The Defendant is currently detained. The Defendant will present a general denial defense. He maintains that he did not possess the controlled substances with the intent to deliver. The Defendant maintains that he is not guilty of the charge.

VI.    CONCLUSION

The Defendant reserves the right to file any other motions that may arise as a result of the testimony presented during the trial.

DATED this 11th day of July, 2026.

Respectfully submitted,


"s/ Michael Vander Sys_____
MICHAEL VANDER SYS
FORTITUDE LAW PLLC
8350 W. GRANDRIDGE BLVD.
                    STE.200
KENNEWICK, WA  99336
(509) 416-6041
mike@fortitudelawpllc.com
Attorney for Defendant
DAVID MENDOZA AYALA

CERTIFICATE OF SERVICE


DEFENDANT'S PROPOSED VOIR DIRE

- 3-

I declare under penalty of perjury under the laws of the State of Washington, that on July 11, 2026 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Brandon Pang, Assistant U.S. Attorney,  920 W. Riverside, Room 300, Spokane, WA 99201

DATED this 11th day of July, 2026

"s/Michael Vander Sys"
MICHAEL VANDER SYS, #45186
Attorney for DAVID MENDOZA AYALA
FORTITUDE LAW PLLC
8350 W. GRANDRIDGE BLVD, STE.200
KENNEWICK, WA  99336
(509) 416-6041
mike@fortitudelawpllc.com

DEFENDANT'S PROPOSED VOIR DIRE
- 4-