# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-vs-<br><br>DAVID MENDOZA AYALA, | **Case No.    4:24-CR-06011-MKD**<br>**CRIMINAL MINUTES**<br><br>**DATE:    AUGUST 10, 2026**<br>**LOCATION:  RICHLAND**<br><br>**JURY TRIAL – DAY 1** |

Plaintiff,

Defendant.

| **Honorable Mary K. Dimke** | | |
|---|---|---|
| Sara Gore | 02 | Kimberly Allen |
| **Courtroom Deputy** | **Law Clerk** | **Court Reporter** |
| Brandon Pang | | Michael Vander Sys |
| **Government Counsel** | | **Defense Counsel** |

**[XX]  Open Court**          **[  ]  Chambers**          **[  ]  Video Conference**

Defendant present in custody of the US Marshal.

**Final Pretrial Conference** (without jury venire)

The Court informed counsel that, pursuant to the Court's protocol, sidebar conferences will be conducted with the Defendant and counsel present and explained how the procedure will be handled.

The Court summarized/confirmed the previous agreements by counsel and advised counsel of the following on the record:

- The Court excused Prospective Jurors 47 for hardship over the weekend.
- Sidebar conference protocol for trial
- The Court discussed the preferred procedure regarding exhibits concerning firearms and the jury.

Mr. Vander Sys confirmed that Defendant does not waive his presence at sidebar conferences.

The Court and counsel discussed schedule of witness testimony.

Mr. Pang advised the Court he will not be calling Detective Matthew Griffen, Detective Miguel Ayala, Special Agent Antonio Hold, Amber Gerheart, Forensic Chemist, Lisa Scott, Dauchee Xiong, Megan Watkins, and Crystal Shegrud. They have been removed from the government's witness list.

**Recess**:        8:22 a.m.
**Reconvene**:    8:52 a.m.
**All parties present without jury venire**

## [  ]  ORDER FORTHCOMING

| **CONVENED:** | 8:01 A.M.<br>8:52 A.M.<br>9:57 A.M.<br>1:06 P.M.<br>2:45 P.M. | **ADJOURNED:** | 8:22 A.M.<br>8:55 A.M.<br>12:55 P.M.<br>2:12 P.M.<br>4:57 P.M. | **TIME:    6:40 HR.** | **CALENDARED    [XX]** |
|---|---|---|---|---|---|

*USA -v- AYALA*
2:24-CR-06011-MKD
Jury Trial – Day 1

August 10, 2026
Page 2

Following review by the Court and counsel of the additional questionnaires received, the Court and counsel agreed there are no concerns that need to be taken up.

The Court informed counsel that Prospective Jurors 25, 26, 31, 37, and 44 failed to appear but will not be stricken until a jury is selected, and that Prospective Jurors 17 and 40 went to the wrong courthouse and are on the way.

**Recess**:       8:55 a.m.
**Reconvene**:    9:57 a.m.
**All parties present without jury venire**

**Jury Trial** (9:59 a.m.)

Jury venire entered courtroom.

Initial comments and introductions by the Court.

The Court read a brief statement of the case to the jury venire.

Oath of Voir Dire administered to jury venire.

Initial comments by the Court and introductions continued.

Voir dire by Court of jury venire (10:12 a.m.).

Following a sidebar conference with counsel, the Court and counsel agreed to excuse Prospective Jurors 8, 13, 15, 18, 27, 29, 35, 41, and 43 for hardship.

Voir dire by Court of jury venire continued.

Following a sidebar conference with counsel, the Court and counsel agreed to excuse Prospective Jurors 23 and 53.

The Court informed the jury venire that Prospective Jurors 1, 2, 3, 4, 5, 10, 14, 33, 34, 38, 45, 49, 50, 51, and 55, are scheduled for private conferences with the Court and counsel.

Jury venire excused from courtroom at 11:48 a.m.  Prospective Jurors 1, 2, 3, 4, 5, and 10 shall remain in the courthouse for private conferences.  Prospective Jurors 14, 33, 34, 38, and 45 shall return at 12:30 p.m. for private conferences. Prospective Jurors 49, 50, 51, and 55 shall return at 1:00 p.m. for private conferences. All remaining jurors shall return at 3:00 p.m.

Prospective Juror 1 brought into open court to discuss answer(s) to question(s).
- Voir dire by Court
- Voir dire by Mr. Pang
- Juror excused from courtroom
- No motion by counsel
- **Court Ruling**: Juror 1 remains on jury venire

Prospective Juror 2 brought into open court to discuss answer(s) to question(s).
- Voir dire by Court
- Voir dire by Mr. Pang
- Voir dire by Mr. Vander Sys
- Juror excused from courtroom
- No motion by counsel
- **Court Ruling**: Juror 2 remains on jury venire

*USA -v- AYALA*
2:24-CR-06011-MKD
Jury Trial – Day 1

August 10, 2026
Page 3

Prospective Juror 3 brought into open court to discuss answer(s) to question(s).
- Voir dire by Court
- Voir dire by Mr. Pang
- Voir dire by Mr. Vander Sys
- Juror excused from courtroom
- Mr. Pang moved to excuse juror for cause; objection by Mr. Vander Sys
- **Court Ruling**: motion denied; Juror 3 remains on jury venire

Prospective Juror 4 brought into open court to discuss answer(s) to question(s).
- Voir dire by Court
- Voir dire by Mr. Pang
- Juror excused from courtroom
- No motion by counsel
- **Court Ruling**: Juror 4 remains on jury venire

Prospective Juror 5 brought into open court to discuss answer(s) to question(s).
- Voir dire by Court
- Voir dire by Mr. Pang
- Voir dire by Mr. Vander Sys
- Juror excused from courtroom
- Mr. Vander Sys moved to excuse juror for cause; objection by Mr. Pang
- **Court Ruling**: motion granted; Juror 5 excused for cause

Prospective Juror 10 brought into open court to discuss answer(s) to question(s).
- Voir dire by Court
- Voir dire by Mr. Pang
- Juror excused from courtroom
- No objection by counsel to juror being excused for cause/ineligibility to serve
- **Court Ruling**: Juror 10 excused for cause

**Recess**:        12:55 p.m.
**Reconvene**:     1:06 p.m.
**All parties present without jury venire**

Prospective Juror 14 brought into open court to discuss answer(s) to question(s).
- Voir dire by Court
- Juror excused from courtroom
- No objection by counsel to juror being excused for cause/ineligibility to serve
- **Court Ruling**: Juror 14 excused for cause

Prospective Juror 33 brought into open court to discuss answer(s) to question(s).
- Voir dire by Court
- Voir dire by Mr. Pang
- Juror excused from courtroom
- No objection by counsel to juror being excused for cause/ineligibility to serve
- **Court Ruling**: Juror 33 excused for cause

Prospective Juror 34 brought into open court to discuss answer(s) to question(s).
- Voir dire by Court
- Juror excused from courtroom
- No motion by counsel
- **Court Ruling**: Juror 34 remains on jury venire

*USA -v- AYALA*
2:24-CR-06011-MKD
Jury Trial – Day 1

August 10, 2026
Page 4

Prospective Juror 38 brought into open court to discuss answer(s) to question(s).
- Voir dire by Court
- Juror excused from courtroom
- No objection by counsel to juror being excused for cause/ineligibility to serve
- **Court Ruling**: Juror 38 excused for cause

Prospective Juror 45 brought into open court to discuss answer(s) to question(s).
- Voir dire by Court
- Voir dire by Mr. Pang
- Voir dire by Mr. Vander Sys
- Juror excused from courtroom
- No motion by counsel
- **Court Ruling**: Juror 45 remains on jury venire

Prospective Juror 49 brought into open court to discuss answer(s) to question(s).
- Voir dire by Court
- Juror excused from courtroom
- No objection by counsel to juror being excused for cause/ineligibility to serve
- **Court Ruling**: Juror 49 excused for cause

Prospective Juror 50 brought into open court to discuss answer(s) to question(s).
- Voir dire by Court
- Juror excused from courtroom
- No objection by counsel to juror being excused for cause/ineligibility to serve
- **Court Ruling**: Juror 50 excused for cause

Prospective Juror 51 brought into open court to discuss answer(s) to question(s).
- Voir dire by Court
- Voir dire by Mr. Pang
- Voir dire by Mr. Vander Sys
- Juror excused from courtroom
- No motion by counsel
- **Court Ruling**: Juror 51 remains on jury venire

Prospective Juror 55 brought into open court to discuss answer(s) to question(s).
- Voir dire by Court
- Voir dire by Mr. Pang
- Voir dire by Mr. Vander Sys
- Juror excused from courtroom
- No motion by counsel
- **Court Ruling**: Juror 51 remains on jury venire

**Recess**:        2:12 p.m.
**Reconvene**:    2:45 p.m.
**All parties present without jury venire**

Jury venire entered courtroom for the addition of Juror No. 57 to the jury pool. (2:51 p.m.)

Initial comments and introductions by the Court.

The Court read a brief statement of the case to the jury venire.

Oath of Voir Dire administered to jury venire.

*USA -v- AYALA*
2:24-CR-06011-MKD
Jury Trial – Day 1

August 10, 2026
Page 5

Initial comments by the Court and introductions continued.

The Court and counsel confirmed the prospective jurors that remain on the jury venire.

The Court and counsel discussed the process for preemptory challenges and trial schedule for remainder of the day. In an effort to minimize breaks, following conclusion of attorney conducted voir dire, if counsel indicates they have nothing further to address, they will proceed directly to preemptory challenges.

Jury venire entered courtroom (3:22 p.m.).

Voir dire of jury venire by Mr. Pang (3:25 p.m.).

Voir dire of jury venire by Mr. Vander Sys  (3:42 p.m.).

Additional voir dire of jury venire by Court (4:01 p.m.).

At sidebar, the Court formally struck Prospective Jurors 3 and 51 for cause.

Peremptory challenges exercised by counsel (4:05 p.m.).

At sidebar, the Court confirmed the selected jury with counsel.  Counsel confirmed they do not have any challenges.

Fourteen (14) jurors impaneled to try the cause (4:29 p.m.).

Oath administered to empaneled jury.

The remaining prospective jurors were excused with thanks of the Court and parties (4:33 p.m.).

The Court provided a copy of and read the Preliminary Jury Instructions to the jury.

Empaneled jury excused from courtroom (4:53 p.m.).

The Court and counsel discussed trial schedule for tomorrow.

The Court admonished and excused the jury from courtroom at 4:53 p.m., to return on August 11, 2026, at 8:30 a.m.

Trial to resume at 8:15 a.m. on August 11, 2026, with counsel only.