UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON


UNITED STATES V. DAVID MENDOZA AYALA,

**SECOND AMENDED TRIAL EXHIBIT LIST**

Case No.: 4:24-CR-06011-MKD

| PRESIDING JUDGE MARY K. DIMKE | | | | | PLAINTIFF'S ATTORNEY(S) Brandon Pang | DEFENDANT'S ATTORNEY(S) Michael Vander Sys |
|---|---|---|---|---|---|---|
| TRIAL DATE 08/10/2026 | | | | | COURT REPORTER Kimberly Allen | COURT REPORTER Cora Vargas |
| PLF NO. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS | |
| | | | | | TRASH PULL #1 | |
| 1. | | | | | Image of garbage bags in dumpster from trash pull 1 – Bates 114 | |
| 2. | | | | | Image of garbage bags in DEA vehicle from trash pull – Bates 115 | |
| 3. | | | | | Image of dumpster after trash pull 1 – Bates 116 | |
| 4. | | | | | Image of contents of garbage bag from trash pull 1– Bates 118 | |
| 5. | | | | | Image of contents of garbage bag from trash pull 1– Bates 119 | |
| 6. | | | | | Image of Foodsaver bag from trash pull #1– DEA Ex. 1 – Bates 120 | |
| 7. | | | | | Image Close up of Foodsaver bag from trash pull 1– DEA Ex. 1 – Bates 121 | |
| 8. | | | | | Image of back patio with garbage bags from trash pull 1 – Bates 127 | |
| | | | | | TRASH PULL # 2 | |
| 9. | | | | | Image of garbage bags in dumpster from trash pull 2 – Bates 129 | |
| 10. | | | | | Image of seized garbage bags from trash pull 2 – Bates 130 | |
| 11. | | | | | Image of contents of garbage bags from trash pull 2– Bates 132 | |
| 12. | | | | | Image of contents of garbage bags from trash pull 2– Bates 133 | |

## UNITED STATES V. DAVID MENDOZA AYALA,

### SECOND AMENDED TRIAL EXHIBIT LIST

Case No.: 4:24-CR-06011-MKD

| PRESIDING JUDGE MARY K. DIMKE | | | | | PLAINTIFF'S ATTORNEY(S) Brandon Pang | DEFENDANT'S ATTORNEY(S) Michael Vander Sys |
|---|---|---|---|---|---|---|
| TRIAL DATE 08/10/2026 | | | | | COURT REPORTER Kimberly Allen | COURT REPORTER Cora Vargas |
| PLF NO. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS | |
| 13. | | | | | Image of contents of garbage bags from trash pull 2 – Bates 136 | |
| 14. | | | | | Image of contents of garbage bags from trash pull 2 – Bates 137 | |
| 15. | | | | | Image of Safeway receipt from trash pull 2 – Bates 138 | |
| 16. | | | | | Image of Ziploc bags from trash pull 2 – DEA Ex. 2 – Bates 139 | |
| | | | | | TRASH PULL #3 | |
| 17. | | | | | Image of garbage bags in dumpster from trash pull 3 – Bates 148 | |
| 18. | | | | | Image of seized garbage bags from trash pull 3 – Bates 149 | |
| 19. | | | | | Image of contents of garbage bags from trash pull 3– Bates 150 | |
| 20. | | | | | Image of contents of garbage bags from trash pull 3– Bates 151 | |
| 21. | | | | | Image of contents of garbage bags from trash pull 3– Bates 152 | |
| 22. | | | | | Image of contents of garbage bags from trash pull 3– Bates 153 | |
| 23. | | | | | Image of tin foil from trash pull 3– Bates 154 | |
| 24. | | | | | Image of tin foil from trash pull 3– Bates 155 | |
| 25. | | | | | Image of tin foil from trash pull 3– Bates 156 | |
| 26. | | | | | Image of tin foil from trash pull 3– Bates 160 | |
| 27. | | | | | Image of pill from trash pull 3 – DEA Ex. 3 – Bates 161 | |
| 28. | | | | | Image of tin foil with pills from trash pull 3 – DEA Ex. 3 – Bates 162 | |

## UNITED STATES V. DAVID MENDOZA AYALA,

### SECOND AMENDED TRIAL EXHIBIT LIST

Case No.: 4:24-CR-06011-MKD

| PRESIDING JUDGE MARY K. DIMKE | | | | | PLAINTIFF'S ATTORNEY(S) Brandon Pang | DEFENDANT'S ATTORNEY(S) Michael Vander Sys |
|---|---|---|---|---|---|---|
| TRIAL DATE 08/10/2026 | | | | | COURT REPORTER Kimberly Allen | COURT REPORTER Cora Vargas |
| PLF NO. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS | |
| | | | | | SURVEILLANCE PHOTOS | |
| 29. | | | | | Photo of black Jeep 12/13/23 – Bates 833 | |
| 30. | | | | | Photo of multicolored Mercedes 12/13/23 – Bates 834 | |
| 31. | | | | | Photo of white GMC truck 12/13/23 – Bates 835 | |
| 32. | | | | | Photo of black/white BMW 2/2/24 – Bates 788 | |
| 33. | | | | | Photo of gray Mercedes 2/10/24 – Bates 789 | |
| 34. | | | | | Photo of black/white BMW 2/10/24 – Bates 790 | |
| 35. | | | | | Photo of black Jeep 2/10/24 – Bates 791 | |
| 36. | | | | | Photo of black BMW 2/10/24 – Bates 792 | |
| 37. | | | | | Photo of black Dodge 2/10/24 – Bates 793 | |
| 38. | | | | | Photo of orange Mercedes 2/10/24 – Bates 794 | |
| 39. | | | | | Photo of black BMW 2/10/24 – Bates 795 | |
| 40. | | | | | Photo of gray BMW 2/10/24 – Bates 796 | |
| 41. | | | | | Photo of white Jeep 2/10/24 – Bates 797 | |
| 42. | | | | | Photo of black BMW 2/10/24 – Bates 798 | |
| 43. | | | | | Photo of grey BMW 2/10/24 – Bates 799 | |
| 44. | | | | | Photo of multiple vehicles 2/12/24 – Bates 800 | |
| 45. | | | | | Photo of tan BMW 2/12/24 – Bates 801 | |
| 46. | | | | | Photo of gray BMW 2/12/24 – Bates 802 | |
| 47. | | | | | Photo of black BMW 2/12/24 – Bates 803 | |

UNITED STATES V. DAVID MENDOZA AYALA,

**SECOND AMENDED TRIAL EXHIBIT LIST**

Case No.: 4:24-CR-06011-MKD

| PRESIDING JUDGE MARY K. DIMKE | | | | | PLAINTIFF'S ATTORNEY(S) Brandon Pang | DEFENDANT'S ATTORNEY(S) Michael Vander Sys |
|---|---|---|---|---|---|---|
| TRIAL DATE 08/10/2026 | | | | | COURT REPORTER Kimberly Allen | COURT REPORTER Cora Vargas |
| PLF NO. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS | |
| 48. | | | | | Photo of black BMW and orange Mercedes 2/12/24 – Bates 805 | |
| 49. | | | | | Photo of black Dodge 2/12/24 – Bates 807 | |
| 50. | | | | | Photo of white GMC truck 2/20/24 – Bates 808 | |
| 51. | | | | | Photo of black Cadilac 2/20/24 – Bates 809 | |
| 52. | | | | | Photo of multicolored Jeep 3/11/24 – Bates 810 | |
| 53. | | | | | Photo of multicolored Jeep 3/11/24 – Bates 811 | |
| 54. | | | | | Photo of black Mercedes and orange Mercedes 4/17/24 – Bates 812 | |
| 55. | | | | | Photo of gray BMW 4/17/24 – Bates 813 | |
| 56. | | | | | Photo of orange Range Rover (front) 4/17/24 – Bates 814 | |
| 57. | | | | | Photo of orange Range Rover (rear) 4/17/24 – Bates 815 | |
| 58. | | | | | Photo of yellow Jeep 4/17/24 – Bates 822 | |
| 59. | | | | | Photo of black BMW 4/17/24 – Bates 823 | |
| 60. | | | | | Photo of tan BMW 4/17/24 – Bates 825 | |
| 61. | | | | | Photo of black Dodge and Land Rover 4/17/24 – Bates 826 | |
| 62. | | | | | Photo of close of Land Rover license plate 4/17/24 – Bates 827 | |
| 63. | | | | | Photo of black BMW 4/17/24 – Bates 829 | |
| 64. | | | | | Photo of white GMC truck 4/17/24 – Bates 830 | |
| | | | | | SURVEILLANCE VIDEO | |
| 65. | | | | | Surveillance 2/2/24 – Bates 965 Start time: 00:00 End time: 04:50 | |

UNITED STATES V. DAVID MENDOZA AYALA,

**SECOND AMENDED TRIAL EXHIBIT LIST**

Case No.: 4:24-CR-06011-MKD

| PRESIDING JUDGE MARY K. DIMKE | | | | | PLAINTIFF'S ATTORNEY(S) Brandon Pang | DEFENDANT'S ATTORNEY(S) Michael Vander Sys |
|---|---|---|---|---|---|---|
| TRIAL DATE 08/10/2026 | | | | | COURT REPORTER Kimberly Allen | COURT REPORTER Cora Vargas |
| PLF NO. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS | |
| 66. | | | | | Surveillance 2/8/24 – Bates 42 Start time: 01:10 End time: 01:38 | |
| 67. | | | | | Surveillance 2/17/24 – Bates 43 | |
| 68. | | | | | Surveillance 2/17/24 – Bates 44 | |
| 69. | | | | | Surveillance 2/17/24 – Bates 45 | |
| 70. | | | | | Surveillance 2/17/24 – Bates 46 | |
| 71. | | | | | Surveillance 2/17/24 – Bates 47 | |
| 72. | | | | | Surveillance 2/17/24 – Bates 48 | |
| 73. | | | | | Surveillance 2/17/24 – Bates 49 | |
| 74. | | | | | Surveillance 2/17/24 – Bates 50 | |
| | | | | | SEARCH WARRANT – 2665 Kingsgate, Apt. C123 | |
| 75. | | | | | Diagram of Apartment – Bates 838 | |
| 76. | | | | | Video – Body Cam of Initial Contact – Bates 881 | |
| 77. | | | | | Video – Air Surveillance – Bates 765 | |
| 78. | | | | | Photo Apt. C123 – Pre-search Entry – Bates 313 | |
| 79. | | | | | Photo Apt. C123 – Pre-search Entry – Bates 314 | |
| 80. | | | | | Photo Apt. C123 – Pre-search Entry – Bates 315 | |
| 81. | | | | | Photo Apt. C123 – Pre-search Entry – Bates 316 | |
| 82. | | | | | Photo Apt. C123 – Pre-search Entry – Bates 317 | |
| 83. | | | | | Photo Apt. C123 – Pre-search Entry – Bates 318 | |
| 84. | | | | | Photo Apt. C123 – Pre-search Kitchen – Bates 321 | |

UNITED STATES V. DAVID MENDOZA AYALA,

**SECOND AMENDED TRIAL EXHIBIT LIST**

Case No.: 4:24-CR-06011-MKD

| PRESIDING JUDGE MARY K. DIMKE | | | | | PLAINTIFF'S ATTORNEY(S) Brandon Pang | DEFENDANT'S ATTORNEY(S) Michael Vander Sys |
|---|---|---|---|---|---|---|
| TRIAL DATE 08/10/2026 | | | | | COURT REPORTER Kimberly Allen | COURT REPORTER Cora Vargas |
| PLF NO. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS | |
| 85. | | | | | Photo Apt. C123 – Pre-search Living Room– Bates 322 | |
| 86. | | | | | Photo Apt. C123 – Pre-search Living Room– Bates 323 | |
| 87. | | | | | Photo Apt. C123 – Pre-search Kitchen– Bates 324 | |
| 88. | | | | | Photo Apt. C123 – Pre-search Room H– Bates 326 | |
| 89. | | | | | Photo Apt. C123 – Pre-search Room G– Bates 327 | |
| 90. | | | | | Photo Apt. C123 – Pre-search Room G– Bates 328 | |
| 91. | | | | | Photo Apt. C123 – Pre-search Room G – Bates 330 | |
| 92. | | | | | Photo Apt. C123 – Pre-search Room G – Bates 331 | |
| 93. | | | | | Photo Apt. C123 – Pre-search Room G Money Counter– Bates 332 | |
| 94. | | | | | Photo Apt. C123 – Pre-search Room G Rifle– Bates 333 | |
| 95. | | | | | Photo Apt. C123 – Pre-search Room G scale– Bates 334 | |
| 96. | | | | | Photo Apt. C123 – Pre-search Room G – Bates 335 | |
| 97. | | | | | Photo Apt. C123 – Pre-search Room G – Bates 336 | |
| 98. | | | | | Photo Apt. C123 – Pre-search Room F – Bates 337 | |
| 99. | | | | | Photo Apt. C123 – Pre-search Room F – Bates 338 | |
| 100. | | | | | Photo Apt. C123 – Pre-search Room D – Bates 339 | |
| 101. | | | | | Photo Apt. C123 – Pre-search Room D – Bates 340 | |
| 102. | | | | | Photo Apt. C123 – Pre-search Room D – Bates 342 | |
| 103. | | | | | Photo Apt. C123 – Pre-search Room D – Bates 343 | |
| 104. | | | | | Photo Apt. C123 – Pre-search Room D – Bates 344 | |

UNITED STATES V. DAVID MENDOZA AYALA,

**SECOND AMENDED TRIAL EXHIBIT LIST**

Case No.: 4:24-CR-06011-MKD

| PRESIDING JUDGE MARY K. DIMKE | | | | | PLAINTIFF'S ATTORNEY(S) Brandon Pang | DEFENDANT'S ATTORNEY(S) Michael Vander Sys |
|---|---|---|---|---|---|---|
| TRIAL DATE 08/10/2026 | | | | | COURT REPORTER Kimberly Allen | COURT REPORTER Cora Vargas |
| PLF NO. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS | |
| 105. | | | | | Photo Apt. C123 – Pre-search Rear Entrance – Bates 346 | |
| 106. | | | | | Photo Apt. C123 – Search Room G – Bates 351 | |
| 107. | | | | | Photo Apt. C123 – Search Room G bag with rifle– Bates 352 | |
| 108. | | | | | Photo Apt. C123 – Search Room G bag with rifle– Bates 353 | |
| 109. | | | | | Photo Apt. C123 – Search Room G rifle– Bates 354 | |
| 110. | | | | | Photo Apt. C123 – Search Room G rifle – Bates 357 | |
| 111. | | | | | Photo Apt. C123 – Search Room G rifle clip– Bates 359 | |
| 112. | | | | | Photo Apt. C123 – Search Room G rifle upper– Bates 361 | |
| 113. | | | | | Photo Apt. C123 – Search Room G gold pistol in bag – Bates 362 | |
| 114. | | | | | Photo Apt. C123 – Search Room G rifle uppers – Bates 363 | |
| 115. | | | | | Photo Apt. C123 – Search Room G gold pistol – Bates 364 | |
| 116. | | | | | Photo Apt. C123 – Search Room G rifle lower – Bates 367 | |
| 117. | | | | | Photo Apt. C123 – Search Room G blue pill in bag – Bates 368 | |
| 118. | | | | | Photo Apt. C123 – Search Room G rifles – Bates 369 | |
| 119. | | | | | Photo Apt. C123 – Search Room G rifle lower – Bates 373 | |
| 120. | | | | | Photo Apt. C123 – Search Room G silver pistol – Bates 375 | |
| 121. | | | | | Photo Apt. C123 – Search Room G blue pills in bag – Bates 378 | |
| 122. | | | | | Photo Apt. C123 – Search Room G ammunition – Bates 379 | |
| 123. | | | | | Photo Apt. C123 – Search Room G iPhone – Bates 382 | |

UNITED STATES V. DAVID MENDOZA AYALA,

**SECOND AMENDED TRIAL EXHIBIT LIST**

Case No.: 4:24-CR-06011-MKD

| PRESIDING JUDGE MARY K. DIMKE | | | | | PLAINTIFF'S ATTORNEY(S) Brandon Pang | DEFENDANT'S ATTORNEY(S) Michael Vander Sys |
|---|---|---|---|---|---|---|
| TRIAL DATE 08/10/2026 | | | | | COURT REPORTER Kimberly Allen | COURT REPORTER Cora Vargas |
| PLF NO. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS | |
| 124. | | | | | Photo Apt. C123 – Search Room G iPhone – Bates 383 | |
| 125. | | | | | Photo Apt. C123 – Search Room G bag of money – Bates 384 | |
| 126. | | | | | Photo Apt. C123 – Search Room G drawer with blue pills – Bates 385 | |
| 127. | | | | | Photo Apt. C123 – Search Room G bags with money – Bates 386 | |
| 128. | | | | | Photo Apt. C123 – Search Kitchen statue with money – Bates 389 | |
| 129. | | | | | Photo Apt. C123 – Search Room G black pistol – Bates 390 | |
| 130. | | | | | Photo Apt. C123 – Search Room G bag with clips – Bates 391 | |
| 131. | | | | | Photo Apt. C123 – Search Room G rifle lower – Bates 392 | |
| 132. | | | | | Photo Apt. C123 – Search Room G bag with pistols, clips and blue pills – Bates 393 | |
| 133. | | | | | Photo Apt. C123 – Search Room G black pistol – Bates 394 | |
| 134. | | | | | Photo Apt. C123 – Search Room G black pistol – Bates 396 | |
| 135. | | | | | Photo Apt. C123 – Search Room G blue pills – Bates 397 | |
| 136. | | | | | Photo Apt. C123 – Search Room G blue pill in plastic baggie – Bates 400 | |
| 137. | | | | | Photo Apt. C123 – Search Room G Foodsaver vacuum sealer – Bates 401 | |
| 138. | | | | | Photo Apt. C123 – Search Room G vacuum seal bags – Bates 402 | |
| 139. | | | | | Photo Apt. C123 – Search Room G vacuum seal bags – Bates 403 | |
| 140. | | | | | Photo Apt. C123 – Search Room G scale – Bates 404 | |

## UNITED STATES V. DAVID MENDOZA AYALA,

### SECOND AMENDED TRIAL EXHIBIT LIST

Case No.: 4:24-CR-06011-MKD

| PRESIDING JUDGE MARY K. DIMKE | | | | | PLAINTIFF'S ATTORNEY(S) Brandon Pang | DEFENDANT'S ATTORNEY(S) Michael Vander Sys |
|---|---|---|---|---|---|---|
| TRIAL DATE 08/10/2026 | | | | | COURT REPORTER Kimberly Allen | COURT REPORTER Cora Vargas |
| PLF NO. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS | |
| 141. | | | | | Photo Apt. C123 – Search Room G shoes, money, blue pills – Bates 419 | |
| 142. | | | | | Photo Apt. C123 – Search Room G knife and blue pills – Bates 420 | |
| 143. | | | | | Photo Apt. C123 – Search Room E – Bates 407 | |
| 144. | | | | | Photo Apt. C123 – Search Room E drawer with blue pills – Bates 405 | |
| 145. | | | | | Photo Apt. C123 – Search Room E close up drawer with blue pills – Bates 406 | |
| 146. | | | | | Photo Apt. C123 – Search Room E trash bag – Bates 408 | |
| 147. | | | | | Photo Apt. C123 – Search Room E drawer with blue pill – Bates 409 | |
| 148. | | | | | Photo Apt. C123 – Search Room E money on ground – Bates 411 | |
| 149. | | | | | Photo Apt. C123 – Search Room E powdered sugar – Bates 414 | |
| 150. | | | | | Photo Apt. C123 – Search Room E cream of tartar – Bates 415 | |
| 151. | | | | | Photo Apt. C123 – Search Room E medical ID card and blue pills– Bates 416 | |
| 152. | | | | | Photo Apt. C123 – Search Room F – Bates 421 | |
| 153. | | | | | Photo Apt. C123 – Search Room F – Bates 422 | |
| 154. | | | | | Photo Apt. C123 – Search Room F receipt – Bates 427 | |
| 155. | | | | | Photo Apt. C123 – Search Room F receipt – Bates 429 | |
| 156. | | | | | Photo Apt. C123 – Search box with foil and blue pills – Bates 431 | |
| 157. | | | | | Photo Apt. C123 – Search Ziploc bags – Bates 436 | |

UNITED STATES V. DAVID MENDOZA AYALA,

**SECOND AMENDED TRIAL EXHIBIT LIST**

Case No.: 4:24-CR-06011-MKD

| PRESIDING JUDGE MARY K. DIMKE | | | | | PLAINTIFF'S ATTORNEY(S) Brandon Pang | DEFENDANT'S ATTORNEY(S) Michael Vander Sys |
|---|---|---|---|---|---|---|
| TRIAL DATE 08/10/2026 | | | | | COURT REPORTER Kimberly Allen | COURT REPORTER Cora Vargas |
| PLF NO. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS | |
| 158. | | | | | Photo Apt. C123 – Search evidence bag of money – Bates 499 | |
| | | | | | SEARCH WARRANT – 2665 Kingsgate, Unit 15 | |
| 159. | | | | | Photo Unit 15 Pre-search – Bates 223 | |
| 160. | | | | | Photo Unit 15 Pre-search – Bates 225 | |
| 161. | | | | | Photo Unit 15 Pre-search Bates 227 | |
| 162. | | | | | Photo Unit 15 Pre-search – Bates 228 | |
| 163. | | | | | Photo Unit 15 Pre-search – Bates 229 | |
| 164. | | | | | Photo Unit 15 Pre-search – Bates 230 | |
| 165. | | | | | Photo Unit 15 Pre-search – Bates 231 | |
| 166. | | | | | Photo Unit 15 black suitcase with money – Bates 247 | |
| 167. | | | | | Photo Unit 15 black suitcase with money – Bates 248 | |
| 168. | | | | | Photo Unit 15 black suitcase with money and blue pills – Bates 249 | |
| 169. | | | | | Photo Unit 15 black suitcase with money, blue pills and court paperwork – Bates 250 | |
| 170. | | | | | Photo Unit 15 Search driver's license and money – Bates 251 | |
| 171. | | | | | Photo Unit 15 Search scale with residue– Bates 253 | |
| 172. | | | | | Photo Unit 15 Search box with blue pills, white powder and money – Bates 256 | |
| 173. | | | | | Photo Unit 15 Search blue pills and white powder – Bates 257 | |
| 174. | | | | | Photo Unit 15 Search three cell phones - Bates 260 | |
| 175. | | | | | Photo Unit 15 Search silver revolver – Bates 261 | |

UNITED STATES V. DAVID MENDOZA AYALA,

## SECOND AMENDED TRIAL EXHIBIT LIST

Case No.: 4:24-CR-06011-MKD

| PRESIDING JUDGE MARY K. DIMKE | | | | | PLAINTIFF'S ATTORNEY(S) Brandon Pang | DEFENDANT'S ATTORNEY(S) Michael Vander Sys |
|---|---|---|---|---|---|---|
| TRIAL DATE 08/10/2026 | | | | | COURT REPORTER Kimberly Allen | COURT REPORTER Cora Vargas |
| PLF NO. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS | |
| 176. | | | | | Photo Unit 15 Search prescription bottles – Bates 263 | |
| 177. | | | | | Photo Unit 15 Search invoice – Bates 264 | |
| 178. | | | | | Photo Unit 15 Search black revolver – Bates 265 | |
| 179. | | | | | Photo Unit 15 Search Exit Photo – Bates 244 | |
| 180. | | | | | Photo Unit 15 Search Exit Photo – Bates 245 | |
| 181. | | | | | Photo of DEA Exhibit 200 – Bates 218 | |
| 182. | | | | | Photo of DEA Exhibit 201 – Bates 219 | |
| 183. | | | | | Photo of DEA Exhibit 202 – Bates 220 | |
| 184. | | | | | Photo of DEA Exhibit 203 – Bates 221 | |
| 185. | | | | | Photo of DEA Exhibit 204 – Bates 222 | |
| | | | | | SEARCH WARRANT – 2665 Kingsgate, Unit 16 | |
| 186. | | | | | Photo Unit 16 Pre-search – Bates 281 | |
| 187. | | | | | Photo Unit 16 Pre-search – Bates 282 | |
| 188. | | | | | Photo Unit 16 Pre-search – Bates 283 | |
| 189. | | | | | Photo Unit 16 Pre-search – Bates 284 | |
| 190. | | | | | Photo Unit 16 Pre-search – Bates 285 | |
| 191. | | | | | Photo Unit 16 Pre-search – Bates 286 | |
| 192. | | | | | Photo Unit 16 Pre-search – Bates 287 | |
| 193. | | | | | Photo Unit 16 Pre-search – Bates 288 | |
| 194. | | | | | Photo Unit 16 Pre-search – Bates 289 | |
| 195. | | | | | Photo Unit 16 Search key fobs – Bates 277 | |

UNITED STATES V. DAVID MENDOZA AYALA,

**SECOND AMENDED TRIAL EXHIBIT LIST**

Case No.: 4:24-CR-06011-MKD

| PRESIDING JUDGE MARY K. DIMKE | | | | | PLAINTIFF'S ATTORNEY(S) Brandon Pang | DEFENDANT'S ATTORNEY(S) Michael Vander Sys |
|---|---|---|---|---|---|---|
| TRIAL DATE 08/10/2026 | | | | | COURT REPORTER Kimberly Allen | COURT REPORTER Cora Vargas |
| PLF NO. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS | |
| 196. | | | | | Photo Unit 16 Search scale – Bates 278 | |
| 197. | | | | | Photo Unit 16 Search box with blue pills – Bates 279 | |
| 198. | | | | | Photo Unit 16 Search vehicle registration – Bates 305 | |
| 199. | | | | | Photo Unit 16 Search black container – Bates 306 | |
| 200. | | | | | Photo Unit 16 Search black container blue pills and white powder– Bates 307 | |
| 201. | | | | | Photo Unit 16 Search black box with blue pills – Bates 308 | |
| 202. | | | | | Photo Unit 16 Search receipt and box – Bates 310 | |
| 203. | | | | | Photo of DEA Exhibit 250 – Bates 270 | |
| 204. | | | | | Photo of DEA Exhibit 251 – Bates 271 | |
| 205. | | | | | Photo of DEA Exhibit 252 – Bates 272 | |
| 206. | | | | | Photo of DEA Exhibit 253 – Bates 273 | |
| 207. | | | | | Photo of DEA Exhibit 253a – Bates 764 | |
| 208. | | | | | Photo of DEA Exhibit 254 – Bates 274 | |
| 209. | | | | | Photo of DEA Exhibit 255 – Bates 275 | |
| 210. | | | | | Photo of DEA Exhibit 256 – Bates 276 | |
| | | | | | SEARCH WARRANT – Firearms | |
| 211. | | | | | Firearm Photo silver revolver – Bates 500 | |
| 212. | | | | | Firearm Photo black revolver – Bates 503 | |
| 213. | | | | | Firearm Photo silver pistol and black pistol – Bates 508 | |
| 214. | | | | | Firearm Photo black pistol with scope and magazine – Bates 509 | |

UNITED STATES V. DAVID MENDOZA AYALA,

**SECOND AMENDED TRIAL EXHIBIT LIST**

Case No.: 4:24-CR-06011-MKD

| PRESIDING JUDGE<br>MARY K. DIMKE | | | | | PLAINTIFF'S ATTORNEY(S)<br>Brandon Pang | DEFENDANT'S ATTORNEY(S)<br>Michael Vander Sys |
|---|---|---|---|---|---|---|
| TRIAL DATE<br>08/10/2026 | | | | | COURT REPORTER<br>Kimberly Allen | COURT REPORTER<br>Cora Vargas |
| PLF NO. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS | |
| 215. | | | | | Firearm Photo black pistol with magazine and ammo – Bates 515 | |
| 216. | | | | | Firearm Photo silver pistol with magazine and ammo – Bates 517 | |
| 217. | | | | | Firearm Photo black and gray revolver – Bates 521 | |
| 218. | | | | | Firearm Photo black pistol with magazine and ammo – Bates 523 | |
| 219. | | | | | Firearm Photo black pistol – Bates 528 | |
| 220. | | | | | Firearm Photo white rifle – Bates 530 | |
| 221. | | | | | Firearm Photo black rifle short barrel – Bates 536 | |
| 222. | | | | | Firearm Photo silver and black rifle – Bates 541 | |
| 223. | | | | | Firearm Photo black rifle – Bates 545 | |
| 224. | | | | | Firearm Photo black rifle with scope – Bates 550 | |
| 225. | | | | | Firearm Photo black rifle without stock – Bates 555 | |
| 226. | | | | | Firearm Photo gold pistol – Bates 561 | |
| 227. | | | | | Firearm Photo silver pistol – Bates 566 | |
| 228. | | | | | Firearm Photo – Bates 571 | |
| 229. | | | | | Firearm Photo black pistol with laser – Bates 572 | |
| 230. | | | | | Firearm Photo black pistol– Bates 574 | |
| | | | | | SEARCH WARRANT –Storage Unit 535 on 4/25/26 | |
| 231. | | | | | Photo Storage Unit 535 door– Bates 577 | |
| 232. | | | | | Photo Storage Unit 535 white BMW– Bates 580 | |
| 233. | | | | | Photo Storage Unit 535 – Bates 589 | |

UNITED STATES V. DAVID MENDOZA AYALA,

**SECOND AMENDED TRIAL EXHIBIT LIST**

Case No.: 4:24-CR-06011-MKD

| PRESIDING JUDGE MARY K. DIMKE | | | | | PLAINTIFF'S ATTORNEY(S) Brandon Pang | DEFENDANT'S ATTORNEY(S) Michael Vander Sys |
|---|---|---|---|---|---|---|
| TRIAL DATE 08/10/2026 | | | | | COURT REPORTER Kimberly Allen | COURT REPORTER Cora Vargas |
| PLF NO. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS | |
| 234. | | | | | Photo Storage Unit 535 packing slip – Bates 590 | |
| 235. | | | | | Photo Storage Unit 535 EX Fix repair bill – Bates 592 | |
| | | | | | SEARCH WARRANT –Storage Unit 583 on 4/25/26 | |
| 236. | | | | | Photo Storage Unit 583 door – Bates 598 | |
| 237. | | | | | Photo Storage Unit 583 interior– Bates 599 | |
| | | | | | SEARCH WARRANT –Storage Unit 584 on 4/25/26 | |
| 238. | | | | | Photo Storage Unit 584 door – Bates 609 | |
| 239. | | | | | Photo Storage Unit 584 white Chevy truck – Bates 610 | |
| 240. | | | | | Photo Storage Unit 584 Lithia receipt – Bates 617 | |
| | | | | | SEARCH WARRANT –Storage Unit 592 on 4/25/26 | |
| 241. | | | | | Photo Storage Unit 592 door – Bates 626 | |
| 242. | | | | | Photo Storage Unit 592 red truck – Bates 635 | |
| 243. | | | | | Photo Storage Unit 592 interior red truck – Bates 637 | |
| 244. | | | | | Photo Storage Unit 592 vehicle registration – Bates 640 | |
| 245. | | | | | Photo Storage Unit 592 bill of sale – Bates 641 | |
| | | | | | SEARCH WARRANT – Vehicle 1 – Blue BMW | |
| 246. | | | | | Photo Vehicle 1 Blue BMW – Bates 657 | |
| 247. | | | | | Photo Vehicle 1 Blue BMW blue pills – Bates 658 | |
| 248. | | | | | Photo Vehicle 1 Blue BMW trunk – Bates 659 | |
| 249. | | | | | Photo Vehicle 1 Blue BMW key fobs – Bates 660 | |
| 250. | | | | | Photo Vehicle 1 Blue BMW red iphone – Bates 662 | |

UNITED STATES V. DAVID MENDOZA AYALA,

**SECOND AMENDED TRIAL EXHIBIT LIST**

Case No.: 4:24-CR-06011-MKD

| PRESIDING JUDGE MARY K. DIMKE | | | | | PLAINTIFF'S ATTORNEY(S) Brandon Pang | DEFENDANT'S ATTORNEY(S) Michael Vander Sys |
|---|---|---|---|---|---|---|
| TRIAL DATE 08/10/2026 | | | | | COURT REPORTER Kimberly Allen | COURT REPORTER Cora Vargas |
| PLF NO. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS | |
| 251. | | | | | Photo Vehicle 1 Blue BMW scale – Bates 664 | |
| 252. | | | | | Photo Vehicle 1 Blue BMW blue pills – Bates 668 | |
| | | | | | SEARCH WARRANT – Vehicle 2 – Jeep Trackhawk | |
| 253. | | | | | Photo Vehicle 2 Jeep Trackhawk – Bates 670 | |
| 254. | | | | | Photo Vehicle 2 Jeep Trackhawk pistol on floor– Bates 671 | |
| 255. | | | | | Photo Vehicle 2 Jeep Trackhawk pistol removed from vehicle – Bates 675 | |
| 256. | | | | | Photo Vehicle 2 Jeep Trackhawk magazine removed from pistol – Bates 676 | |
| 257. | | | | | Photo Vehicle 2 Jeep Trackhawk license plates and vehicle registration – Bates 672 | |
| 258. | | | | | Photo Vehicle 2 Jeep Trackhawk bag with shoes – Bates 673 | |
| 259. | | | | | Photo Vehicle 2 Jeep Trackhawk close up of bag with revolver – Bates 674 | |
| 260. | | | | | Photo Vehicle 2 Jeep Trackhawk center console with money and black pistol – Bates 679 | |
| 261. | | | | | Photo Vehicle 2 Jeep Trackhawk close up of black pistol – Bates 680 | |
| 262. | | | | | Photo Vehicle 2 Jeep Trackhawk red bag– Bates 684 | |
| 263. | | | | | Photo Vehicle 2 Jeep Trackhawk pistol inside red bag– Bates 685 | |
| 264. | | | | | Photo Vehicle 2 Jeep Trackhawk pistol and other contents of red bag– Bates 689 | |
| 265. | | | | | Photo Vehicle 2 Jeep Trackhawk black garbage bags with blue draw string– Bates 690 | |
| 266. | | | | | Photo Vehicle 2 Jeep Trackhawk scale – Bates 695 | |

UNITED STATES V. DAVID MENDOZA AYALA,

**SECOND AMENDED TRIAL EXHIBIT LIST**

Case No.: 4:24-CR-06011-MKD

| PRESIDING JUDGE MARY K. DIMKE | | | | | PLAINTIFF'S ATTORNEY(S) Brandon Pang | DEFENDANT'S ATTORNEY(S) Michael Vander Sys |
| --- | --- | --- | --- | --- | --- | --- |
| TRIAL DATE 08/10/2026 | | | | | COURT REPORTER Kimberly Allen | COURT REPORTER Cora Vargas |
| PLF NO. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS | |
| | | | | | SEARCH WARRANT – Vehicle 3 – Black BMW | |
| 267. | | | | | Photo Vehicle 3 Black BMW – Bates 701 | |
| 268. | | | | | Photo Vehicle 3 Black BMW center console – Bates 703 | |
| 269. | | | | | Photo Vehicle 3 Black BMW close up center console – Bates 704 | |
| | | | | | SEARCH WARRANT – Vehicle 4 – Gray BMW | |
| 270. | | | | | Photo Vehicle 4 Gray BMW scale – Bates 707 | |
| | | | | | SEARCH WARRANT – Vehicle 5 – Tan BMW | |
| 271. | | | | | Photo Vehicle 5 Tan BMW exterior – Bates 709 | |
| 272. | | | | | Photo Vehicle 5 Tan BMW interior front – Bates 710 | |
| 273. | | | | | Photo Vehicle 5 Tan BMW interior rear – Bates 711 | |
| 274. | | | | | Photo Vehicle 5 Tan BMW trunk – Bates 712 | |
| 275. | | | | | Photo Vehicle 5 Tan BMW center console blue pills – Bates 713 | |
| 276. | | | | | Photo Vehicle 5 Tan BMW Wells Fargo mail – Bates 714 | |
| 277. | | | | | Photo Vehicle 5 Tan BMW paper bag with money – Bates 715 | |
| 278. | | | | | Photo Vehicle 5 Tan BMW firearm holster – Bates 716 | |
| 279. | | | | | Photo Vehicle 5 Tan BMW receipt – Bates 717 | |
| 280. | | | | | Photo Vehicle 5 Tan BMW Alaska mail – Bates 718 | |
| 281. | | | | | Photo Vehicle 5 Tan BMW Kadlec mail – Bates 719 | |
| 282. | | | | | Photo Vehicle 5 Tan BMW key fobs – Bates 724 | |

UNITED STATES V. DAVID MENDOZA AYALA,

**SECOND AMENDED TRIAL EXHIBIT LIST**

Case No.: 4:24-CR-06011-MKD

| PRESIDING JUDGE MARY K. DIMKE | | | | | PLAINTIFF'S ATTORNEY(S) Brandon Pang | DEFENDANT'S ATTORNEY(S) Michael Vander Sys |
|---|---|---|---|---|---|---|
| TRIAL DATE 08/10/2026 | | | | | COURT REPORTER Kimberly Allen | COURT REPORTER Cora Vargas |
| PLF NO. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS | |
| 283. | | | | | Photo Vehicle 5 Tan BMW glove box with money – Bates 725 | |
| 284. | | | | | Photo Vehicle 5 Tan BMW eyeglasses Rx – Bates 726 | |
| | | | | | SEARCH WARRANT – Vehicle 6 – Orange Mercedes G-Wagon | |
| 285. | | | | | Photo Vehicle 6 Orange Mercedes G-Wagon exterior front – Bates 730 | |
| 286. | | | | | Photo Vehicle 6 Orange Mercedes G-Wagon exterior rear – Bates 731 | |
| 287. | | | | | Photo Vehicle 6 Orange Mercedes G-Wagon vehicle paperwork – Bates 732 | |
| 288. | | | | | Photo Vehicle 6 Orange Mercedes G-Wagon vehicle paperwork – Bates 733 | |
| | | | | | SEARCH WARRANT – Vehicle 7 – Dodge SRT | |
| 289. | | | | | Photo Vehicle 7 Dodge SRT – Bates 737 | |
| 290. | | | | | Photo Vehicle 7 Dodge SRT bag with money – Bates 738 | |
| 291. | | | | | Photo Vehicle 7 Dodge SRT UPS package – Bates 739 | |
| 292. | | | | | Photo Vehicle 7 Dodge SRT Purely Storage receipt – Bates 741 | |
| 293. | | | | | Photo Vehicle 7 Dodge SRT black pistol on floorboard – Bates 743 | |
| 294. | | | | | Photo Vehicle 7 Dodge SRT black pistol – Bates 745 | |
| 295. | | | | | Photo Vehicle 7 Dodge SRT black pistol and magazine – Bates 747 | |
| | | | | | SEARCH WARRANT – White GMC Sierra | |
| 296. | | | | | Photo White GMC Sierra – Bates 750 | |
| 297. | | | | | Photo White GMC Sierra U-Haul receipt – Bates 753 | |

UNITED STATES V. DAVID MENDOZA AYALA,

## SECOND AMENDED TRIAL EXHIBIT LIST

Case No.: 4:24-CR-06011-MKD

| PRESIDING JUDGE<br>MARY K. DIMKE | | | | | PLAINTIFF'S ATTORNEY(S)<br>Brandon Pang | DEFENDANT'S ATTORNEY(S)<br>Michael Vander Sys |
|---|---|---|---|---|---|---|
| TRIAL DATE<br>08/10/2026 | | | | | COURT REPORTER<br>Kimberly Allen | COURT REPORTER<br>Cora Vargas |
| PLF NO. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS | |
| 298. | | | | | Photo White GMC Sierra Tow receipt – Bates 754 | |
| 299. | | | | | Photo White GMC Sierra Registration – Bates 756 | |
| 300. | | | | | Photo White GMC Sierra Trip permit – Bates 757 | |
| 301. | | | | | Photo White GMC Sierra Speeding ticket – Bates 758 | |
| 302. | | | | | Photo White GMC Sierra Lithia receipt – Bates 759 | |
| | | | | | RECORDS | |
| 303. | | | | | Unemployment Records – J. Lopez – Bates 210 | |
| 304. | | | | | Employment Records – J. Lopez – Bates 211 | |
| 305. | | | | | Unemployment Records – D. Mendoza Ayala – Bates 213 | |
| 306. | | | | | Employment Records – D. Mendoza Ayala – Bates 212 | |
| 307. | | | | | Purely Storage – Rental Agreements – Bates 214 | |
| 308. | | | | | Franklin PUD Records – 1812 W. Sylvester St., Pasco – Bates 215 | |
| 309. | | | | | Franklin PUD Records – J. Lopez – Bates 216 | |
| 310. | | | | | Apartment Rental Records – Bates 770 | |
| | | | | | DEA LAB REPORTS | |
| 311. | | | | | DEA Exhibit 1 – Chan – Bates 99 | |
| 312. | | | | | DEA Exhibit 2 – Himawan – Bates 101 | |
| 313. | | | | | DEA Exhibit 3– Chan | |
| 314. | | | | | DEA Exhibit 4 – Chan | |
| 315. | | | | | DEA Exhibit 100 – Himawan – Bates 851 | |

UNITED STATES V. DAVID MENDOZA AYALA,

**SECOND AMENDED TRIAL EXHIBIT LIST**

Case No.: 4:24-CR-06011-MKD

| PRESIDING JUDGE MARY K. DIMKE | | | | | PLAINTIFF'S ATTORNEY(S) Brandon Pang | DEFENDANT'S ATTORNEY(S) Michael Vander Sys |
|---|---|---|---|---|---|---|
| TRIAL DATE 08/10/2026 | | | | | COURT REPORTER Kimberly Allen | COURT REPORTER Cora Vargas |
| PLF NO. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS | |
| 316. | | | | | DEA Exhibit 101 – Avila – Bates 852 | |
| 317. | | | | | DEA Exhibit 102 – Avila – Bates 853 | |
| 318. | | | | | DEA Exhibit 103 – Avila – Bates 854 | |
| 319. | | | | | DEA Exhibit 104 – Avila – Bates 855 | |
| 320. | | | | | DEA Exhibit 105 – Himawan – Bates 856 | |
| 321. | | | | | DEA Exhibit 200 – Mallari – Bates 857 | |
| 322. | | | | | DEA Exhibit 201 – Mallari – Bates 858 | |
| 323. | | | | | DEA Exhibit 202 – Himawan – Bates 859 | |
| 324. | | | | | DEA Exhibit 250 – Gerheart – Bates 860 | |
| 325. | | | | | DEA Exhibit 253 – Mallari – Bates 861 | |
| 326. | | | | | DEA Exhibit 254 – Huntington – Bates 862 | |
| 327. | | | | | DEA Exhibit 255 – Himawan – Bates 863 | |
| 328. | | | | | DEA Exhibit 256 – Avila – Bates 864 | |
| 329. | | | | | DEA Exhibit 257 – Gerheart – Bates 865 | |
| 330. | | | | | DEA Exhibit 300 – Maloney – Bates 866 | |
| 331. | | | | | DEA Exhibit 302 – Maloney – Bates 867 | |
| 332. | | | | | DEA Exhibit 303 – Maloney – Bates 868 | |
| 333. | | | | | DEA Exhibit 305 – Maloney – Bates 869 | |
| 334. | | | | | DEA Exhibit 306 – Maloney – Bates 870 | |
| | | | | | PHYSICAL DRUG EXHIBITS | |
| 335. | | | | | DEA Exhibit 1 | |

UNITED STATES V. DAVID MENDOZA AYALA,

## SECOND AMENDED TRIAL EXHIBIT LIST

Case No.: 4:24-CR-06011-MKD

| PRESIDING JUDGE MARY K. DIMKE | | | | | PLAINTIFF'S ATTORNEY(S) Brandon Pang | DEFENDANT'S ATTORNEY(S) Michael Vander Sys |
|---|---|---|---|---|---|---|
| TRIAL DATE 08/10/2026 | | | | | COURT REPORTER Kimberly Allen | COURT REPORTER Cora Vargas |
| PLF NO. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS | |
| 335a. | | | | | DEA Exhibit 1 | |
| 336. | | | | | DEA Exhibit 2 | |
| 336a. | | | | | DEA Exhibit 2 | |
| 337. | | | | | DEA Exhibit 3 | |
| 337a. | | | | | DEA Exhibit 3 | |
| 338. | | | | | DEA Exhibit 4 | |
| 338a. | | | | | DEA Exhibit 4 | |
| 339. | | | | | DEA Exhibit 100 | |
| 340. | | | | | DEA Exhibit 101 | |
| 341. | | | | | DEA Exhibit 102 | |
| 342. | | | | | DEA Exhibit 103 | |
| 343. | | | | | DEA Exhibit 104 | |
| 344. | | | | | DEA Exhibit 105 | |
| 345. | | | | | DEA Exhibit 200 | |
| 345a. | | | | | DEA Exhibit 200 | |
| 346. | | | | | DEA Exhibit 201 | |
| 346a. | | | | | DEA Exhibit 201 | |
| 347. | | | | | DEA Exhibit 202 | |
| 348. | | | | | DEA Exhibit 250 | |
| 349. | | | | | DEA Exhibit 253 | |
| 349a. | | | | | DEA Exhibit 253 | |

UNITED STATES V. DAVID MENDOZA AYALA,

**SECOND AMENDED TRIAL EXHIBIT LIST**

Case No.: 4:24-CR-06011-MKD

| PRESIDING JUDGE MARY K. DIMKE | | | | | PLAINTIFF'S ATTORNEY(S) Brandon Pang | DEFENDANT'S ATTORNEY(S) Michael Vander Sys |
|---|---|---|---|---|---|---|
| TRIAL DATE 08/10/2026 | | | | | COURT REPORTER Kimberly Allen | COURT REPORTER Cora Vargas |
| PLF NO. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS | |
| 350. | | | | | DEA Exhibit 254 | |
| 351. | | | | | DEA Exhibit 255 | |
| 352. | | | | | DEA Exhibit 256 | |
| 353. | | | | | DEA Exhibit 257 | |
| 354. | | | | | DEA Exhibit 300 | |
| 355. | | | | | DEA Exhibit 302 | |
| 356. | | | | | DEA Exhibit 303 | |
| 357. | | | | | DEA Exhibit 305 | |
| 358. | | | | | DEA Exhibit 306 | |
| | | | | | PHYSICAL FIREARMS | |
| 359. | | | | | DEA Exhibit N-103 – 14 rifle magazines | |
| 360. | | | | | DEA Exhibit N-104 – Nightstick flashlight with rifle mount | |
| 361. | | | | | DEA Exhibit N-106 – SKS Sporter Rifle | |
| 362. | | | | | DEA Exhibit N-107 – Anderson Man., AM-15 Multi cal. Rifle | |
| 363. | | | | | DEA Exhibit N-108 – AR-15 style rifle, no make/serial, silver and black | |
| 364. | | | | | DEA Exhibit N-109 – Bushmaster, BFC-15 Rifle | |
| 365. | | | | | DEA Exhibit N-110 – Palmetto AR Rifle | |
| 366. | | | | | DEA Exhibit N-111 – AR-15 style rifle, no make/serial, black | |
| 367. | | | | | DEA Exhibit N-112 – Colt 45 pistol – gold | |
| 368. | | | | | DEA Exhibit N-113 – Springfield Armory, XDS 45 pistol | |

UNITED STATES V. DAVID MENDOZA AYALA,

**SECOND AMENDED TRIAL EXHIBIT LIST**

Case No.: 4:24-CR-06011-MKD

| PRESIDING JUDGE MARY K. DIMKE | | | | | PLAINTIFF'S ATTORNEY(S) Brandon Pang | DEFENDANT'S ATTORNEY(S) Michael Vander Sys |
|---|---|---|---|---|---|---|
| TRIAL DATE 08/10/2026 | | | | | COURT REPORTER Kimberly Allen | COURT REPORTER Cora Vargas |
| PLF NO. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS | |
| 369. | | | | | DEA Exhibit N-114 – Glock 17 pistol | |
| 370. | | | | | DEA Exhibit N-115 – Taurus, PT 92 AFS pistol | |
| 371. | | | | | DEA Exhibit N-116 – S&W Shield pistol | |
| 372. | | | | | DEA Exhibit N-203 – two S&W magazines, and one suppressor | |
| 373. | | | | | DEA Exhibit N-210 – S&W revolver | |
| 374. | | | | | DEA Exhibit N-323 – Glock 22 pistol | |
| 375. | | | | | DEA Exhibit N-324 – Browning Arms, 1911 pistol | |
| 376. | | | | | DEA Exhibit N-325 – Berretta, Model 96 pistol | |
| 377. | | | | | DEA Exhibit N-326 – US Revolver Co, revolver | |
| 378. | | | | | DEA Exhibit N-330 – Kimber, Cover 2 pistol | |
| | | | | | CELL PHONES | |
| 379. | | | | | DEA Physical Exhibit N-117 | |
| 380. | | | | | DEA Exhibit N-117 iPhone 4.10.24 text messages – Bates 871.329-.335 | |
| 381. | | | | | DEA Exhibit N-117 iPhone 4.11.24 text messages – Bates 871.645 | |
| 382. | | | | | DEA Exhibit N-117 iPhone 11.23.23 text messages – Bates 871.882-.892 | |
| 383. | | | | | DEA Exhibit N-117 iPhone 1.2.24 text messages – Bates 871.966-.967 | |
| 384. | | | | | DEA Exhibit N-117 iPhone 2.15.24 text messages – Bates 871.1000-.1005 | |
| 385. | | | | | DEA Exhibit N-117 iPhone 11.11.23 text messages – Bates 871.1056 | |

UNITED STATES V. DAVID MENDOZA AYALA,

**SECOND AMENDED TRIAL EXHIBIT LIST**

Case No.: 4:24-CR-06011-MKD

| PRESIDING JUDGE<br>MARY K. DIMKE | | | | | PLAINTIFF'S<br>ATTORNEY(S)<br>Brandon Pang | DEFENDANT'S ATTORNEY(S)<br>Michael Vander Sys |
|---|---|---|---|---|---|---|
| TRIAL DATE<br>08/10/2026 | | | | | COURT REPORTER<br>Kimberly Allen | COURT REPORTER<br>Cora Vargas |
| PLF NO. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS | |
| 386. | | | | | DEA Exhibit N-117 iPhone 4.8.24 text messages – Bates 871.2936-.2941 | |
| 387. | | | | | DEA Exhibit N-117 iPhone 3.30.24 text messages – Bates 871.2972-.2976 | |
| 388. | | | | | DEA Exhibit N-117 iPhone 4.17.24 text messages – Bates 871.2979 | |
| | | | | | OTHER PHSICAL EXHIBITS | |
| 389. | | | | | DEA Exhibit N-105 – Money Counter | |