# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　-vs-<br><br>DAVID MENDOZA AYALA,<br><br>　　　　　　　　　　Defendant. | **Case No.** 　　**4:24-CR-06011-MKD**<br>**CRIMINAL MINUTES**<br><br>**DATE:** 　　**AUGUST 11, 2026**<br>**LOCATION:** 　RICHLAND<br><br>**JURY TRIAL – DAY 2** |

| **Honorable Mary K. Dimke** | | |
|---|---|---|
| Sara Gore | 02 | Kimberly Allen |
| **Courtroom Deputy** | **Law Clerk** | **Court Reporter** |
| Brandon Pang | | Michael Vander Sys |
| **Government Counsel** | | **Defense Counsel** |

**[XX] Open Court**　　　　　**[   ] Chambers**　　　　　**[   ] Video Conference**

Defendant present in custody of the US Marshal.

All parties present without jury.

The Court and counsel discussed the order of witnesses. The USA advised that, due to witness travel schedules, it will call its witnesses out of order. The Court advised counsel of the procedure to be followed with the jury when witnesses are called out of order and when exhibits are introduced.

**Recess**:　　　8:21 a.m.
**Reconvene**:　　8:31 a.m.
**All parties present without jury**

Jurors enter the courtroom (8:34 a.m.)

Opening statements by Mr. Pang (8:36 a.m.).

Opening statements by Mr. Vander Sys (8:48 a.m.).

**Court:** Advises the jury that, at times, the parties may need to call witnesses out of order. The Court explains that the order of the witnesses may not appear to make sense at the time but may be necessary due to travel schedules and other circumstances. The Court advises that the first series of witnesses are from out of town and, therefore, are being called out of order. The Court explains that their testimony will be connected at a later time by the testimony of other witnesses.

## [   ] ORDER FORTHCOMING

| CONVENED: | 8:17 A.M.<br>8:31 A.M.<br>10:31 A.M.<br>2:16 P.M.<br>4:00 P.M. | ADJOURNED: | 8:21 A.M.<br>10:12 A.M.<br>1:02 P.M.<br>3:43 P.M.<br>4:57 P.M. | TIME:　6:41　HR. | CALENDARED　[XX] |
|---|---|---|---|---|---|

*USA -v- AYALA*
4:24-CR-06011-MKD
Jury Trial – Day 2

August 11, 2026
Page 2

### Radhiyah Himawan, Forensic Chemist, DEA Laboratory, sworn to testify

- Direct examination by Mr. Pang (Exhibits 336, 339, 315, 344, 320, 347, and 351 discussed, and 336, 339, 344, 347, 351 was admitted conditionally)
- Witness stepped down and was excused (9:22 a.m.)

### Keith Chan, Forensic Chemist, DEA Laboratory, sworn to testify

- Direct examination by Mr. Pang  (Exhibits 335, 335A, 337, 338 discussed, and 335, 335A, 337, 338 was admitted conditionally)
- Witness stepped down and was excused (9:45 a.m.)

### Michael Mallari, Forensic Chemist, DEA Laboratory, sworn to testify

- Direct examination by Mr. Pang  (Exhibits discussed 345. 345A, 346, 346A, 349, 349A, 321, 322, and 325 discussed and 345. 345A, 346, 346A, 349, 349A was admitted conditionally
- Witness stepped down and was excused (10:09 a.m.)

Jury excused from courtroom (10:49 a.m.)

**Recess**:        10:12 a.m.
**Reconvene**:     10:31 a.m.
**All parties present without jury**

### Brittany Huntington, Forensic Chemist, DEA Laboratory, sworn to testify

- Direct examination by Mr. Pang  (Exhibits discussed 350 discussed, admitted conditionally)
- Witness stepped down and was excused (10:49 a.m.)

### Gustavo A. Avila, Forensic Chemist, DEA Laboratory, sworn to testify

- Direct examination by Mr. Pang  (Exhibits 340, 341, 342, 343, 352, 316, 317, 318, 319, and 328 discussed and 340, 341, 342, 343, and 352 was admitted conditionally)
- Witness stepped down and was excused (11:18 a.m.)

### Detective Edwardo Magana, West Richland Police Department, sworn to testify

- Direct examination by Mr. Pang  (Exhibits 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, 53, 54, 55, 56, 57, 58, 59, 60, 61, 62, 63, 64, 66, 67, 68, 69, 70, 71, 72, 73, 74, 65, 8, 1, 2, 3, 4, 5, 6, 7, 335, 335A, 9, 10, 11, 12, 13, 14, 15, 16, 336A, 17, 18, 19, 20, 21. 22, 23, 24, 25, 26, 27, 28, 338, 338A  discussed, admitted, and published to jury)
- Witness stepped down (1:00 p.m.)

Jury excused from courtroom (12:59 p.m.)

**Recess**:        1:02 p.m.
**Reconvene**:     2:16 p.m.
**All parties present without jury**

*USA -v- AYALA*
4:24-CR-06011-MKD
Jury Trial – Day 2

August 11, 2026
Page 3

**Michael Maloney, Forensic Chemist, DEA Laboratory, sworn to testify**

- Direct examination by Mr. Pang  (Exhibits 354, 330, 355, 331, 332, 333, 356, 357, 358, 334 discussed and 354, 355, 356, 357, 358 was admitted conditionally)
- Witness stepped down and was excused (2:45 p.m.)

**Detective Edwardo Magana, West Richland Police Department, returned to the stand**

- Direct examination by Mr. Pang  (Exhibits 336, 310, 303, 304, 305, 306, 308, 309, 76, 75, 78, 79, 80, 81, 82, 83, 84, 85, 86, 87, 88, 89, 90, 91, 92, 93, 94, 95, 96, 97, 98, 99, 100, 101, 102, 103, 104, 105, 106, 107, 108, 109, 110, 111, 112, 113, 114, 115, 116, 117, 118, 119, 120, 121, 122, 123, 124, 125, 126, 127, 128, 129, 130, 131, 132, 133, 134, 134, 136, 137, 138, 139, 140, 141, 142, 143, 144, 145, 146, 147, 148, 149, 150, 151, 152, 153, 154, 155, 156, 157, 158   discussed, admitted, and published to jury)
- Witness stepped down (3:42 p.m.)

Jury excused from courtroom (3:41 p.m.)

**Recess**:       3:43 p.m.
**Reconvene**:    4:00 p.m.
**All parties present without jury**

**Detective Edwardo Magana, West Richland Police Department, returned to the stand**

- Direct examination by Mr. Pang  (Exhibits 159, 160, 161, 163, 164, 165, 166, 167, 168, 169, 170, 171, 172, 173, 174, 175, 176, 177, 178, 179, 180, 186, 187, 188, 189, 190, 191, 192, 193, 194, 195, 196, 197, 198, 199, 200, 201, 202, 246, 247, 248, 249, 250, 251, 252, 253, 254, 255, 256, 257, 258, 259, 260, 261, 262, 263, 264, 265, 266, 267, 268, 269, 270, 271, 272, 273, 274, 275, 276, 277, 278, 279, 280, 281, 282, 283, 284, 285, 286, 287, 288, 289, 290, 291, 292, 293, 294, 295, 296, 297, 298, 299, 300, 301, 302, 307, 231, 232, 233, 234, 235, 236, 237, 238, 239, 240, 241, 242, 243, 244, 245, 211, 212, 213, 214, 215, 216, 217, 218, 219, 220, 221, 222, 223, 224, 225, 226, 227, 228, 229, and 230 discussed, admitted, and published to jury)
- Witness stepped down (4:57 p.m.)

The Court admonished and excused the jury from courtroom at 4:57 p.m., to return on August 12, 2026, at 8:30 a.m.

Mr. Pang advised the Court of the remaining witness schedule.

Mr. Vander Sys inquired about the Defendant's pending motions.

**Court:** advises that it will issue an oral ruling on the pending motions tomorrow.

Trial to resume at 8:15 a.m. on August 12, 2026, with counsel only.