# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                   Plaintiff,<br>    -vs-<br><br>DAVID MENDOZA AYALA,<br><br>                  Defendant. | **Case No.    4:24-CR-06011-MKD**<br>**CRIMINAL MINUTES**<br><br>**DATE:    AUGUST 12, 2026**<br>**LOCATION:  RICHLAND**<br><br>**JURY TRIAL – DAY 3** |

| **Honorable Mary K. Dimke** | | |
|---|---|---|
| Sara Gore | 02 | Kimberly Allen |
| **Courtroom Deputy** | **Law Clerk** | **Court Reporter** |
| Brandon Pang | | Michael Vander Sys |
| **Government Counsel** | | **Defense Counsel** |

**[XX]  Open Court**          **[  ]  Chambers**          **[  ]  Video Conference**

Defendant present in custody of the US Marshal.

All parties present without jury.

The Court and counsel discussed the order in which the witnesses would be called. The Court and counsel also discussed the display of the guns in the courtroom and how, they would be displayed for the jurors.

The Court addressed the Defendant's pending motions (ECF Nos. 116 & 117).

**Defendants Memorandum in Support of Defendants for Reconsider Motion to Suppress (ECF No. 116).**

**Defendant's Memorandum in Support of Defendant's New Motion to Suppress (ECF No. 117).**

**Court**: Defendant's Memorandum in Support of Defendants for Reconsider Motion to Suppress (ECF No. 116) is **DENIED**; Defendant's Memorandum in Support of Defendant's New Motion to Suppress (ECF No. 117) is **DENIED**.

Recess:                    8:40 a.m.
Reconvene:              8:45 a.m.
**All parties present without jury**


# [   ]   ORDER FORTHCOMING

| **CONVENED:**   8:21 A.M.<br>8:45 A.M.<br>10:15 A.M.<br>12:17 P.M.<br>1:59 P.M.<br>4:53 P.M. | **ADJOURNED:**   8:40 A.M.<br>9:56 A.M.<br>12:01 P.M.<br>12:31 P.M.<br>3:40 P.M.<br>4:58 P.M. | **TIME:    5:16 HR.** | **CALENDARED    [XX]** |
|---|---|---|---|

*USA -v- AYALA*
4:24-CR-06011-MKD
Jury Trial – Day 3

August 12, 2026
Page 2

Jurors enter the courtroom (8:47 a.m.)

Court advised the parties and jurors that Juror No. 7 will not be appearing today. The Court stated that an alternate juror will be substituted for Juror 7. The Court further advised that Juror 3 will be permitted to stand up at any time during the day.

### Detective Edwardo Magana, West Richland Police Department, returned to the stand

- Direct examination by Mr. Pang (Exhibits 379, 380, 381, 382, 383, 384, 385, 386, 387, and 388 discussed, admitted and published)

**Recess**:         9:56 a.m.
**Reconvene**:    10:15 a.m.
**All parties present with jury**

### Detective Edwardo Magana, West Richland Police Department, returned to the stand

- Direct examination by Mr. Pang (Exhibits 379, 380, 381, 382, 383, 384, 385, 386, 387, and 388 discussed, admitted and published)
- Cross examination by Mr. Vander Sys (Exhibits 100, 101, 102, 103, and 104 discussed, previously admitted)
- Re-direct by Mr. Pang
- Witness Stepped down and was (10:41 a.m.)

### Special Agent Benjamin, LaMothe, DEA Richland, sworn to testify

- Direct examination by Mr. Pang (Exhibits 155, 156, 157, 158, 159, 160, 161, 162, 163, 164, 165, 166, 167, 168, 169, 170, 171, 172, 173, 174, 175, 176, 177, 178, 179, 180, 186, 187, 188, 189, 190, 191, 192, 193, 194, 195, 196, 197, 198, 199, 200, 201, 202, and 252 discussed previously admitted;

  Direct examination by Mr. Pang (Exhibits 181, 182, 183, 184, 185, 203, 204, 205, 206, 208, 209, 210, 345, 345A, 346, 346A, 347, 349, 349A, 350, 351, 354, 355, 356, 357, 358, 372, 373, 374, 375, 376, 377, and 378 discussed, admitted and published)
- Witness Stepped down and was excused (11:25 a.m.)

### Special Agent Lindsey Savage(Wood), DEA Richland, sworn to testify

- Direct examination by Mr. Pang (Exhibits 78, 79, 80, 81, 82, 83, 84, 85, 86, 87, 88, 89, 90, 91, 92, 93, 94, 95, 96, 97, 98, 99, 100, 101, 102, 103, 104, 105, 106, 107, 108, 109, 110, 111, 112, 113, 114, 115, 116, 117, 118, 119, 120, 121, 122, 123, 124, 125, 126, 127,128 129, 130, 131, 132, 133, 134, 135, 136, 137, 138, 139, 140, 141, 142, 143, 144, 145, 146, 147, 148, 149, 150, 151, 152, 153, 154, 155, 156, 157, and 158 discussed previously admitted;

  Direct examination by Mr. Pang (Exhibits 339, 340, 341, 342, 343, 344, 359, 360, 361, 362, 363, 364, 365, 366, 367, 368, 369, 370, 371, and 389 discussed admitted and published)
- Witness Stepped down and was excused (11:56 a.m.)

**Recess**:         12:01 p.m.
**Reconvene**:    12:17 a.m.
**All parties present without jury**

*USA -v- AYALA*
4:24-CR-06011-MKD
Jury Trial – Day 3

August 12, 2026
Page 3

Mr. Vander Sys moved for a Rule 29 acquittal, arguing that the evidence presented thus far is insufficient to establish the Defendant possessed a controlled substance with the intent to distribute. Counsel emphasized the lack of evidence directly connecting the Defendant to the contents of the apartment, particularly the substance found in Room G. Counsel also pointed to the absence of evidence linking the Defendant to Garage Units 15 and 16 and argued that, even when the evidence is viewed in the light most favorable to the Government, it does not support a finding of possession with intent to distribute.

Mr. Pang relies on the evidence presented.

**Court:** Rule 29 Motion is **DENIED**.

**Recess**:        12:31 p.m.
**Reconvene**:     1:59  p.m.
**All parties present without jury**

Preliminary Jury Instructions were collected from each juror, and Final Jury Instructions were provided to each juror. The Court read the Final Jury Instructions to the jury.

Closing arguments by Mr. Pang (2:23 p.m.).

Closing arguments by Mr. Vander Sys (2:48 p.m.).

Rebuttal argument by Mr. Pang (3:24 p.m.).

The Court administered oath to the Bailiffs/Court Security Officers to take charge of the jury.

Jury excused from courtroom to deliberate upon a verdict (3:37 p.m.).

Alternate Jurors 14 was excused with thanks of the Court, subject to the Court's admonishment until a verdict is reached.

**Recess**:        3:40 p.m.
**Reconvene**:     4:53 p.m.
**All parties present without jury**

The Court advised the jurors of the Court's schedule for tomorrow during their continued deliberations.

The Court admonished and excused the jury from courtroom at 4:57 p.m., to return on August 13, 2026, at 8:30 a.m.

Trial to resume at 8:00 a.m. on August 13, 2026, with counsel only.