FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 1 2 2026

SEAN F. McAVOY, CLERK
RICHLAND, WASHINGTON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4:24-CR-06011-MKD |
| Plaintiff, | QUESTION RECEIVED FROM JURY DURING DELIBERATIONS |
| vs. | |
| DAVID MENDOZA AYALA, | |
| Defendant. | |

YOUR HONOR:

Are we supposed to be able to ask questions that weren't instead of just looking at all the evidence questions are being asked such as why the guns weren't checked for prints and other things

DATED this ___ day of August 2026, at Richland, Washington.

TIME: _____

Juror No. ___2___

QUESTION RECEIVED FROM JURY DURING DELIBERATIONS - 1

ANSWER FROM JUDGE:

I direct you to review the final jury instructions.

DATE: 8/13/2026

TIME: 8:05 am

_____
MARY K. DIMKE, United States District Judge

QUESTION RECEIVED FROM JURY DURING DELIBERATIONS - 2