FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 1 3 2026

SEAN F. MCAVOY, CLERK
RICHLAND, WASHINGTON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4:24-CR-06011-MKD |
| Plaintiff, | QUESTION RECEIVED FROM JURY DURING DELIBERATIONS |
| vs. | |
| DAVID MENDOZA AYALA, | |
| Defendant. | |

YOUR HONOR:

We have reached a verdict, but have a question about form completion. Does presiding juror sign, list name, or list juror number?

DATED this 13 day of August 2026, at Richland, Washington.

TIME: 10:28 AM

Juror No. 1

QUESTION RECEIVED FROM JURY DURING DELIBERATIONS - 1

ANSWER FROM JUDGE:

If the jury has reached a verdict, the ~~five~~ presiding juror should sign the verdict form using his or her name.

DATE: 8/13/2024

TIME: 10:44am

MARY K. DIMKE, United States District Judge

QUESTION RECEIVED FROM JURY DURING DELIBERATIONS - 2