FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 1 3 2026

SEAN F. McAVOY, CLERK
RICHLAND, WASHINGTON

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4:24-CR-06011-MKD-1 |
| Plaintiff, | VERDICT FORM |
| vs. | |
| DAVID MENDOZA AYALA, | |
| Defendant. | |

### QUESTION 1

We, the jury in the above-captioned case, find Defendant David Mendoza Ayala:

NOT GUILTY _____          GUILTY ____✓____

of the offense of possession with intent to distribute a mixture or substance containing a detectable amount of fentanyl on or about April 24, 2024, in violation of 21 U.S.C. § 841(a)(1) as charged in the Indictment.

*If you found the Defendant **NOT GUILTY** in Question 1, do not consider Question 2. The Presiding Juror should sign and date the verdict form and return*

1

it to the Court.

If you found the Defendant **GUILTY** in Question 1, proceed to answer Question 2.

**QUESTION 2**

We, the jury in the above captioned case, having unanimously found the Defendant David Mendoza Ayala guilty of possession with intent to distribute a mixture or substance containing a detectable amount of fentanyl, further unanimously find that the quantity of fentanyl that the Defendant David Mendoza Ayala possessed with intent to distribute, was: *(mark one line only)*

A mixture or substance containing a detectable amount of fentanyl

___✓___ weighing 400 grams or more

_____ weighing between 40 and 400 grams

_____ weighing less than 40 grams

*If you cannot make a unanimous determination as to drug weight, do not mark any of the options set forth in Question 2 above.*

*When you are done with Question 2, the presiding juror should sign and date the form.*

DATED this __13__ day of August, 2026.

███████████████████████████

PRESIDING JUROR ██████████

2